THE MANHATTAN SAVINGS INSTITUTION, Respondent, v. HERMAN SCHLAU and LEAH P. SCHLAU, His Wife, Appellants, Impleaded with Others.— Order granting plaintiff's motion for judgment of foreclosure and sale and directing a reference to compute the amount due to plaintiff unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ESTELLE ROBINSON, v. GEORGE MAGNEZID.— Motion for reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohen, JJ.

WILLIAM J. STOKES, an Infant, by HARRY J. STOKES, His Guardian ad Litem, and HARRY J. STOKES, Respondents, v. CHURCH OF THE HOLY ROSARY, Appellant. — Action for personal injuries. Plaintiff, eleven years old, was a pupil in defendant's school. While playing tag, he ran through a passageway leading from the school playground, which terminated in a retaining wall forty inches high, the top of which was level with the passageway. There was no fence or other protective guard along the retaining wall, and plaintiff fell from the top of the wall to the street, sustaining the injuries complained of. Judgment entered on verdict for plaintiffs unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

EVELYN, BEATRICE, JACOB and CHARLOTTE DITKOWICH, Infants, by ALBERT M. SEYMANN, Their Guardian ad Litem, Respondents, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Action by infant beneficiaries to recover the additional indemnity provided by the policy of insurance issued by the defendant upon the life of their father, Harry Ditkowich. Judgment entered on verdict for plaintiffs unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

RALPH ROGERS, Respondent, v. VICTORIA S. PINI, Appellant.— Action for breach of contract of employment. Judgment for plaintiff entered on verdict unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.

ELSIE TUCCINARDI, as Administratrix, etc., of LOUIS TUCCINARDI, Deceased, Respondent, v. MILK TRANSPORTATION CORP., Defendant, Impleaded with THE CITY OF NEW YORK, Appellant.— Action to recover damages for death of plaintiff's intestate due to alleged negligence of the defendants, causing a collision between the motor trucks of the defendants, by reason of which the truck of the defendant The City of New York struck and killed plaintiff's intestate. The action was previously discontinued as against the defendant Milk Transportation Corp. on settlement by that defendant. Judgment for plaintiff entered on verdict against the defendant The City of New York unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Dore, JJ.